JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00203 CW |
|    Plaintiff, ) | STIPULATION TO RESCHEDULE SENTENCING HEARING;  ORDER |
| v. ) | |
| SHARMAINE PORTER, ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through her attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.    Defendant is currently scheduled to appear before this Court on September 16, 2009, for imposition of judgment and sentence.  The parties jointly request that this matter be continued to November **18**, 2009, at 2:30 p.m., for the following reasons.

     2.    The parties require additional time to evaluate the facts of the case and prepare their respective sentencing memoranda.  In particular, additional time is required to provide defendant with an opportunity to satisfy the requirements of U.S.S.G. § 5C1.2 and for the government to evaluate whether or not those requirements have been satisfied.

3.    In addition, counsel for defendant Porter is currently overcommitted with work, including ongoing obligations in several federal criminal cases in district court, and several time-consuming briefs in appeal and habeas cases. In particular, she is working on the opening brief in a complex habeas appeal, *Randolph v. California*, C.A. No. 08-16275 (pending a motion for extension to September 28, 2009), the objections to Findings and Recommendations in *Anderson v. Terhune*, Civ. S-99-1086-JAM/JFM-P (E.D. Cal.) (due October 5, 2009) and a petition for rehearing en banc in *United States v.* Nobari, C.A. 06-10465, due September 29, 2009. Defense counsel plans to prepare an extensive memorandum for the Court, and wishes to have sufficient time to present her analysis to the probation officer as well, in advance of sentencing.

4.    To allow defense counsel sufficient time to complete her briefs in other cases and to adequately prepare for sentencing herein, the government joints the defendant's request to continue the sentencing hearing from September 16, 2009, to 2:30 p.m. on November **18**, 2009.

5.    The assigned United States Probation Officer is available on that date for sentencing.

IT IS SO STIPULATED.

DATE: September 9, 2009                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: September 9, 2009                /s/
SUZANNE LUBAN, ESQ.

Counsel for Sharmaine Porter

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled September 14, 2009, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 2:30 p.m. on November **18**, 2009.

DATED: September 14, 2009

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

3